IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


AUTOQUOTES (FLORIDA), INC.,

      Appellant,

 v.                           Case No.  5D23-105
                                LT Case No. 16-2018-CA-005657

SUSANNAH ALBRIGHT,
AN INDIVIDUAL,

      Appellee.

_____/

Opinion filed June 16, 2023

Appeal from the Circuit Court
for Duval County,
Marianne L. Aho, Judge.

Joshua R. La Bouef, Cody L.
Westmoreland and Darren C. Jones,
of Brennan Manna Diamond,
Jacksonville, for Appellant.

John S. Mills, of Bishop & Mills,
PLLC, Jacksonville and Courtney
Brewer and Jonathan A. Martin, of
Bishop & Mills, PLLC, Tallahassee,
for Appellee.

PER CURIAM.

Appellant appeals the trial court's omnibus attorney's fees and costs order,[1] which denied its motion for attorney's fees and costs and granted Appellee's motion for attorney's fees and costs as to entitlement only. We affirm the trial court's denial of Appellant's motion for attorney's fees and costs without further discussion. To the extent Appellant's appeal challenges Appellee's entitlement to attorney's fees, we dismiss for lack of jurisdiction.

While the trial court granted Appellee's motion as to the entitlement of her fees and costs, it retained jurisdiction to determine the amount of her fees and costs. This Court has held that "[a]n award of attorneys' fees does not become final, and, therefore, appealable until the amount is set by the trial court." Mills v. Martinez, 909 So. 2d 340, 342 (Fla. 5th DCA 2005). Therefore, the trial court's order is non-final and non-appealable as it relates to the granting of Appellee's motion. See also Lasco Enters., Inc. v. Kohlbrand, 819 So. 2d 821, 827 (Fla. 5th DCA 2002) ("An order which grants a party's motion for cost[s] but reserves jurisdiction to determine the amount of costs is a non-final, non-appealable order which this court lacks jurisdiction

_____

[1] The trial court's omnibus attorney's fees and costs order was entered at the conclusion of litigation between Appellant and Appellee. Both parties have appealed parts of that litigation in case number 5D23-0063, which has traveled together with this case.

2

to review."). As a result, we dismiss this portion of the appeal for lack of jurisdiction.

AFFIRMED, in part; DISMISSED, in part.

BOATWRIGHT, KILBANE and PRATT, JJ., concur.